

# United States District Court
# Northern District of Illinois

In the Matter of

Preston

v.

Midland Credit Management, Inc.

District Judge Robert M. Dow Jr.

Case No. 18-CV-5234

Designated Magistrate Judge
M. David Weisman

## FINDING OF RELATEDNESS PURSUANT TO
## LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge John Robert Blakey to be related to 18-cv-2017 which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

_____

**Judge Robert M. Dow Jr.**

Date: Thursday, January 17, 2019

---

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge Robert M. Dow Jr.

**ENTER**

**FOR THE EXECUTIVE COMMITTEE**

_____

**Chief Judge Ruben Castillo**

Dated: Thursday, January 17, 2019